IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL G. DÍAZ RUIZ, <br><br> Plaintiff <br> v. <br><br> NATIONAL FINANCIAL SERVICES LLC, <br><br> Defendant. | Civil Action No.: 3:22-cv-1128 <br><br> San Juan Superior Court Case No. SJ2021CV06318 in the Commonwealth of Puerto Rico Court of First Instance |

## NOTICE OF REMOVAL

TO:  Clerk
    United States District Court
    District of Puerto Rico
    150 Carlos Chardon Avenue
    San Juan, PR 00918-1767

COMES NOW Defendant National Financial Services LLC ("NFS"), by and through its counsel, Bobonis, Bobonis & Rodriguez Poventud, and hereby gives notice of the removal to this Court of a civil action originally filed in the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, captioned *Manuel G. Díaz Ruiz v. National Financial Services LLC*, SJ2021CV06318, and in support shows the Court the following:

1. On September 28, 2021, Plaintiff Manuel G. Díaz Ruiz ("Plaintiff") filed this action in the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court ("Commonwealth Court Action"). *See* Complaint attached as Exhibit 1 to the Declaration of Carlos Bobonis Gonzalez ("Bobonis Decl."), which is attached hereto as Exhibit A. In his Complaint, Plaintiff alleges that NFS breached purported contractual and fiduciary duties and seeks "damages in the amount of not less than $8,000,000.00." *Id.* at "wherefore" clause after ¶ 34.

2. On February 14, 2022, Plaintiff served NFS with a copy of the documents attached as Exhibit 1 to the Declaration of Carlos Bobonis, which constitutes all process, pleadings, and orders served upon NFS in the Commonwealth Court Action (and a certified English translation of the same).

3. NFS has also obtained all other documents referenced in the case docket for the Commonwealth Court Action (and a certified English translation of the same). *See* Commonwealth Court Action File attached as Exhibit 2 to Bobonis Decl.

4. NFS has not previously attempted removal and has not yet filed or served a response to the Complaint. *See* Bobonis Decl., ¶¶ 5, 6.

## DIVERSITY JURISDICTION

5. Plaintiff is a citizen of the Commonwealth of Puerto Rico. *See* Complaint, ¶ 1, attached as Exhibit 1 to Bobonis Decl.

6. NFS is a limited liability company formed in Delaware and its principal place of business is 245 Summer Street, Boston, Massachusetts 02210. *See* Declaration of Karen M. Crupi ("Crupi Decl."), attached hereto as Exhibit B, ¶ 4, and Exhibits 1 and 2 attached thereto.

7. NFS's sole member is Fidelity Global Brokerage Group, Inc. ("Fidelity Global"). *See id.* at ¶ 5 and Exhibits 3 and 4 attached thereto. Fidelity Global is a Massachusetts Corporation and its principal place of business is 245 Summer Street, Boston, Massachusetts 02210. *Id.* at ¶ 6 and Exhibits 5 and 6 attached thereto.

8. Accordingly, as NFS's sole member is a citizen of the State of Massachusetts, NFS is a citizen of the State of Massachusetts. *See Rizzi v. 178 Lowell St. Operating St. Operating Co., LLC*, 180 F. Supp. 3d 66, 68 (D. Mass. 2016) (citing *Pramco, LLC ex rel. CFSC Consortium, LLC*

*v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006) ("For jurisdictional purposes, the citizenship of limited liability companies is determined by the citizenship of their members.")).

9. The parties are completely diverse as required under 28 U.S.C. § 1332(a). Further, as NFS is not a citizen of the Commonwealth of Puerto Rico, this action may be properly removed under 28 U.S.C. § 1441(b).

10. Plaintiff is seeking at least $8,000,000.00 in damages, exclusive of interest and costs. Therefore, Plaintiff's claimed damages far exceed 28 U.S.C. § 1332(a)'s $75,000 threshold requirement for federal diversity jurisdiction.

11. Because the parties are completely diverse, and the amount in controversy exceeds $75,000, the Court has jurisdiction over this matter under 28 U.S.C. § 1332.

## PROCEDURAL REQUIREMENTS

12. This Notice of Removal is filed within thirty (30) days of NFS's receipt of the Complaint, and is therefore timely under 28 U.S.C. § 1446(b)(1).

13. All process, pleadings, and orders served upon NFS in the Commonwealth Court Action are attached to this Notice of Removal as Exhibit 1 to the Declaration of Carlos Bobonis, satisfying 28 U.S.C. § 1446(a).

14. Promptly after filing this Notice of Removal, a written Notice of Filing of the Notice of Removal will be served upon Plaintiff and the clerk of court in the Commonwealth Court Action as required under U.S.C. § 1446(c).

15. This district and division embrace the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, where this action is pending, as required under 28 U.S.C. § 1441(a).

## RESERVATION OF DEFENSES

16. In filing this Notice of Removal, NFS reserves any and all defenses, objections, and exceptions, including, without limitation, those relating to jurisdiction, venue, statutes of limitations, laches, issue preclusion, claim preclusion, and insufficiency of service of process.

## CONCLUSION

17. This Court has diversity jurisdiction over this matter under 28 U.S.C. §§ 1332, 1441, and 1446, as the amount in controversy exceeds $75,000, complete diversity of citizenship exists between Plaintiff and NFS, and all procedural requirements have been satisfied.

**WHEREFORE**, National Financial Services LLC respectfully requests that this entire action be removed from the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, and that the United States District Court for the District of Puerto Rico assume full jurisdiction over this case as provided by law.

Dated: March 15, 2022

*/s/Carlos A. Bobonis Gonzalez*
Carlos A. Bobonis Gonzalez
PR Bar No. 5226
USDC PR Bar 121701
Bobonis, Bobonis & Rodriguez Poventud
Avenida De Diego 129
San Juan, Puerto Rico 00911-1927
Email: cbg@bobonislaw.com
Telephone No. 787-725-7941
Fax No. 787-723-7735

*Counsel for Defendant*
*National Financial Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via electronic mail and U.S. Mail, this the 15th day of March, 2022.

Luis E. Minana Rodriguez Feo
Espada, Minana & Pedrosa, PSC
Ave. Domenech 122
Altos Urb. Baldrich
San Juan, PR 00918-3503
minanalaw@yahoo.com

Norberto Quinones Gandarillas
Calle Yabucoa 645
San Juan, PR 00918
nquinones@aol.com

*Counsel for Plaintiff*

                                                */s/Carlos Bobonis Gonzalez*
                                                Carlos Bobonis Gonzalez