THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MANUEL G. DIAZ-RUIZ,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**NATIONAL FINANCIAL SERVICES, LLC,**<br><br>   **Defendant.** | Civ. No. 22-01128 (MAJ) |

## JUDGMENT

On August 29, 2023, the parties filed a "Joint Stipulation of Dismissal with Prejudice" (Docket 41). In accordance with the Order entered on this same date, (Docket No. 42), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of August, 2023.

S/ MARÍA ANTONGIORGI-JORDÁN
**United States District Judge**
